# EXHIBIT A

Jolene Smith
c/o Sabatini Freeman, LLC
216 N Blakley Street
Dunmore, PA 18512

                    Plaintiff

\

American Coradius International, LLC
2420 Sweet Home Road, Suite 150
Amherst, NY 14228

LVNV Funding, LLC
55 Beattie Place, Suite 110
Greenville, SC 29601

                    Defendants

Court of Common Pleas of Wayne County
– Civil Action

Case No 593-CV-2018

Jury Trial Demanded

## NOTICE

YOU HAVE BEEN SUED IN COURT  If you wish to defend against the claim set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by an attorney and filing in writing with the court your defenses or objections to the claims set forth against you  You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff  You may lose money or property or other rights important to you  YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE  IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER. IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED RATE OR NO FEE

North Penn Legal Services
925 Court Street
Honesdale, PA 18431
(877) 515-7465

CERTIFIED FROM
THE RECORD

DEC 12 2018

EDWARD G SANDERCOCK
PROTHONOTARY & CLERK

2018 DEC 12 PM 3:43

PROTHONOTARY AND
CLERK OF COURTS
WAYNE COUNTY PA

| Jolene Smith, | |
|---|---|
| Plaintiff | Court of Common Pleas of Wayne County – Civil Action |
| v | Case No 593-CV-2018 |
| American Coradius International, LLC, LVNV Funding, LLC, | |
| Defendants | Jury Trial Demanded |

## COMPLAINT

### I. Introduction

1       This is an action for damages brought by an individual consumer for

violations of the Fair Debt Collection Practices Act, 15 U S C § 1692, *et seq* ('the Act")

which prohibits debt collectors from engaging in abusive, unfair, and deceptive

practices

### II. Jurisdiction

2       Jurisdiction of this Court is proper pursuant to 15 U S C § 1692k(d), which

permits an action under the Act to be brought in any court of competent jurisdiction

3       Venue in this district is proper in that Defendants transact business here

and the conduct complained of is alleged to have occurred here

### III. Parties

4       Plaintiff, Jolene Smith, is a natural person who resided in Wayne County

at all relevant times

5       Defendant, American Coradius International, LLC ("ACI"), is a limited

liability corporation with a place of business located at 2420 Sweet Home Road, Suite

150, Amherst, NY 14228

6       ACI regularly uses the mail in its business

7       The principal purpose of ACI's business is the collection of debts

CERTIFIED FROM THE RECORD

DEC 12 2018

EDWARD G SANDERCOCK PROTHONOTARY & CLERK

2018 DEC 12 PH 3:43

PROTHONOTARY AND CLERK OF COURTS WAYNE COUNTY, PA

8.     ACI has reason to believe that a non-trivial portion of the accounts that it collects are for obligations for which the money, property, insurance, or services which were the subjects of the transactions were primarily for personal, family, or household purposes.

9      ACI does have reason to believe that it is probably true that the principal purpose of its business is the collection of "debt" as defined by 15 U.S.C. § 1692a(5)

10.     The principal purpose of ACI's business is the collection of "debt" as that term is defined by 15 U.S.C. § 1692a(5)

11      ACI regularly attempts to collect debts asserted to be due to another. The term "debt" is used in this allegation as that term is defined by 15 U.S.C. § 1692a(5).

12.     ACI's website asserts that ACI has "over 29 years experience resolving consumer debt." http://www.americancollectionsinternational.com/

13      ACI is a "debt collector" as defined by the Act, 15 U S C. § 1692a(6).

14      Defendant LVNV Funding, LLC ("LVNV") is a limited liability corporation engaged in the business of collecting debts in this state with a place of business located at 55 Beattie Place, Suite 110, Greenville, SC 29601 and is a "debt collector" as defined by the Act, 15 U.S.C. § 1692a(6).

15      LVNV uses the mails in its business.

16.     LVNV buys defaulted debts.

17      In 2018, LVNV filed lawsuits seeking to collect from consumers millions of dollars of debts that LVNV had purchased.

18      The principal purpose of LVNV's business is the collection of debts

## IV. Statement of Claim

19    Within the past year ACI was attempting to collect an account that Plaintiff allegedly owed to LVNV Funding, LLC ("the Account")

20    The Account is a "debt" as that term is defined by the Act, 15 U.S.C. § 1692a(5)

21    On or about December 12, 2017, ACI caused to be mailed a letter addressed to Plaintiff.

22.    A true and correct copy of the letter is attached as Exhibit A (Redacted to ensure financial privacy).

23    The letter was an attempt to collect the Account.

24.    A collection letter is viewed from the perspective of the least sophisticated consumer

25    If the least sophisticated consumer could give two different meanings to ambiguous language, and if one of those meanings is inaccurate, then the letter is deceptive

26    Here the collection letter stated, *inter alia·*

> Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any potion thereof, this office will assume this debt is valid. .

27    This language would convey to a consumer that the consumer could orally exercise his rights to lodge a dispute and thereby prevent the debt collector from assuming that the debt is valid

28    However, an oral dispute is "not a legally effective alternative for disputing the debt " *Caprio v HRRG, LLC,* 709 F.3d, 142, 151 (3d Cir 2013)

29    The excerpted language quoted in ¶ 26 above omits a portion of the letter

3

as indicated by the ellipses  That omitted language *did* notify the consumer that the consumer *must* dispute the debt in writing if she wished to receive a written copy of (a) verification of the debt, (b) a judgment, or (c) the name and address of the original creditor

30.   However, a consumer who did not care to receive this written information, and who instead only wished to dispute the validity of the debt, could believe that an oral dispute would be the fastest and simplest way to accomplish that goal

31    15 U S.C. § 1692g(a) requires a debt collector to notify a consumer of his dispute rights within five days of the first communication with the consumer in connection with the collection of the debt

32.   The letter does not effectively convey to the consumer the information required by § 1692g.

33.   By failing to indicate that the dispute must be in writing, the notice violates the Act. *Guzman v  HOVG, LLC*, 2018 WL 5631096 at *5 (E.D. Pa. October 31, 2018.)

34    LVNV was the owner of the Account at the time of the aforementioned collection activity and enlisted ACI to collect the Account.

35    At all times relevant hereto, ACI was acting on behalf of and as an agent of LVNV in attempting to collect a consumer debt allegedly owed to LVNV.

36.   LVNV is directly and vicariously liable for the conduct of ACI in attempting to collect a debt allegedly owed by Plaintiff.

37.   As a result, Defendants violated the Act, 15 U.S C. § 1692g

WHEREFORE, Plaintiff demands judgment against Defendants for damages, costs, attorney's fees, and such other and further relief as the Court deems just and

4

proper

_Carlo Sabatini_ (signature)

Carlo Sabatini
Bar Number PA 83831
Attorney for Plaintiff
Sabatini Freeman, LLC
216 N. Blakely St
Dunmore, PA 18512
Phone (570) 341-9000

## Certification of Compliance

I certify that this filing complies with the provisions of the *Public Access Policy of
the Unified Judicial System of Pennsylvania  Case Records of the Appellate and Trial
Courts* that require filing confidential information and documents differently than non-
confidential information and documents

_Carlo Sabatini_ (signature)

Carlo Sabatini

CERTIFIED FROM
THE RECORD

DEC 12 2018

EDWARD G SANDERCOCK
PROTHONOTARY & CLERK

5

2018 DEC 12 PM 3 44

WAYNE COUNTY, PA
CLERK OF COURTS
PROTHONOTARY AND

# Exhibit A

**(Letter dated December 12, 2017)**

35A RUST LANE
BOERNE, TX 78006-8202

 American Coradius International LLC
Toll Free: 1-855-224-5186

| | |
|---|---|
| **Creditor:** | LVNV FUNDING LLC |
| **Original Creditor:** | CREDIT ONE BANK, N A |
| **Account Number:** | XXXXXXXXXXXX███ |

| | |
|---|---|
| **Reference Number:** | ████ |
| **Account Balance:** | $891.85 |
| **Amount Remitted:** | $ |

December 12, 2017

1 MB  *A-02-FA6-AM-01242-6

JOLENE SMITH
341 HONESDALE RD
WAYMART PA 18472-9339



**Make Checks Payable to:**

AMERICAN CORADIUS INTERNATIONAL LLC
2420 SWEET HOME RD STE 150
AMHERST NY 14228-2244

*PLEASE DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT IN THE ENVELOPE PROVIDED*

| Creditor | Original Creditor | Account # | Account Balance |
|---|---|---|---|
| LVNV FUNDING LLC | CREDIT ONE BANK, N.A. | XXXXXXXXXXXX███ | $891.85 |

Dear Jolene Smith

We are writing to you regarding your LVNV FUNDING LLC account  This account has been placed with our office for collection  Your balance as of the date on this letter is $891 85

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid  If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.  If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor

At this time American Coradius International LLC, is willing to accept $588 63 to to resolve the account for less than the full balance  This offer requires that American Coradius International LLC receives your funds in the amount of $588 63 on or before 01/26/2018. If you wish to discuss this offer, please contact our office at 1-855-224-5186 at your convenience

Upon clearance of your payment, we will notify our client so they can update their records accordingly

Make your check or money order payable to:
AMERICAN CORADIUS INTERNATIONAL LLC
2420 SWEET HOME RD STE 150
AMHERST NY 14228-2244

Please note that our request for payment does not affect your right to dispute this debt  We are not obligated to renew this offer

Sincerely,

American Coradius International LLC
A Professional Debt Recovery Agency

This communication is from a debt collector  This is an attempt to collect a debt and any information obtained will be used for that purpose.
Calls to or from this company may be monitored or recorded for quality assurance purposes

For your convenience you can now resolve this matter online  Logon to www acibillpay com  to see the repayment options available to you
You will need your ACI reference number ████ available when you log in
You can now make payment arrangements on your account using checking, savings, or debit card accounts

Office Address: 2420 Sweet Home Rd Ste 150, Amherst NY 14228-2244
Hours of Operation  Mon-Tues  8AM-6PM, Wed-Fri  8AM-5PM, Sat  8AM-12PM EST