# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOLENE SMITH, | |
|     Plaintiff, | NO. 3:19-CV-0546 |
|     v. | (JUDGE CAPUTO) |
| AMERICAN CORADIUS INTERNATIONAL, LLC, *et al.*, | |
|     Defendants. | |

## **ORDER**

**NOW**, this 17th day of June, 2019, **IT IS HEREBY ORDERED** that the Motion to Dismiss (Doc. 10) filed by Defendants American Coradius International, LLC and LVNV Funding, LLC is **DENIED**.

                                           /s/ A. Richard Caputo
                                           A. Richard Caputo
                                           United States District Judge